■ Steven Zenker, Respondent, v Marlene Zenker, Appellant.—Appeal by the defendant from an order of the Su-

preme Court, Nassau County (McCaffrey, J.), entered October 6, 1989.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice McCaffrey at the Supreme Court. Harwood, J. P., Balletta, Rosenblatt and O'Brien, JJ., concur.